**Order entered October 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00512-CR

**NIJEL JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-14038-M**

## ORDER

Before the Court is appellant's October 17, 2019 motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before November 18, 2019.

/s/    CORY L. CARLYLE
        JUSTICE